

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7ᵗʰ floor*                                    973-645-2700
*Newark, New Jersey 07102*

December 11, 2025

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention:    Antigone Owens-Krefski, Deputy Clerk

Re:          *United States v. Oscar Marcelo Nunez-Flores*
Related to:   *United States v. TD Bank, N.A.*, Crim. No. 24-667 (ES);
              *United States v. TD Bank US Holding Company,*
              Crim. No. 24-668 (ES);
              *United States v. Da Ying Sze, a/k/a "David,"*
              Crim. No. 22-141 (ES);
              *United States v. Yunqin Liu,* Crim. No. 23-394 (ES);
              *United States v. Yufeng Gao*, Crim. No. 23-1012 (ES);
              *United States v. Francisco Rodriguez*,
              Crim. No. 24-106 (ES);
              *United States v. Fai Ngai*, Crim. No. 24-474 (ES);
              *United States v. Xiumei Lin*, Crim. No. 24-778 (ES);
              *United States v. Jindian Li*, Crim. No. 22-77 (ES);
              *United States v. Quan Li*, Crim. No. 22-748 (ES);
              *United States v. Huiqiu Feng, a/k/a "Hui Qiu Feng,"*
              Crim. No. 23-644 (ES);
              *United States v. Pinchao Huang, a/k/a "Yugo,"*
              Crim. No. 23-836 (ES);
              *United States v. James Gomes*, Crim. No. 24-336 (ES);
              *United States v. Monishkumar Kirankumar Doshi Shah,*
              *a/k/a "Monish Doshi Shah,"* Crim. No. 24-578 (ES); and
              *United States v. Jhonnatan Rodriguez, a/k/a "Jorge,"*
              Crim. No. 25-420 (ES)

Dear Ms. Owens-Krefski:

        Enclosed for assignment is an Information charging defendant Oscar Marcelo
Nunez-Flores with conspiracy to launder money, contrary to Title 18, United States

Code, Sections 1956(a)(2)(A) and 1956(a)(2)(B)(i), in violation of Title 18, United States Code, Section 1956(h), and receipt of bribes as a bank employee, in violation of Title 18, United States Code, Section 215(a)(2).  The charges in the Information arose from the same events that form the basis for the Informations in the other matters referenced above, which were assigned to the Hon. Esther Salas, United States District Judge.

Pursuant to Local Criminal Rule 18.1, we are informing you of the relationship of these cases so that you may determine whether these matters should be considered related and assigned to the same District Judge in the interests of judicial economy.

Very truly yours,

TODD BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

PHILIP LAMPARELLO
SENIOR COUNSEL

*/s/ R. David Walk, Jr.*
By:  R. DAVID WALK, JR.
Deputy U.S. Attorney

- 2 -